# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **Case No. 1:21-CR-00216-RP-1** |
| | § | |
| **MICHAEL FULLERTON (1),** | § | |
| *Defendant* | § | |

### Order Modifying Conditions of Pretrial Release

The undersigned Magistrate Judge ordered Defendant released pending trial on October 29, 2021, pursuant to an Order Setting Conditions of Release. Dkt. 6. Defendant has advised the United States Pretrial Services Office that he is changing his residence from Oklahoma to Georgetown, Texas, and requests amendment of the Order to permit travel in the area of his new residence.

Finding good cause therefor, the Court **ORDERS** that Paragraphs 7(f) of Defendant's Additional Conditions of Release (Dkt. 6 at 2) is hereby **AMENDED** as follows:

> The defendant must abide by the following restrictions on personal association, residence, or travel: Travel restricted to Travis County, Texas, and the surrounding counties, except as required for medical treatment. All other travel must be approved by Pretrial Services. No foreign travel.

All other conditions of release remain as previously ordered.

**SIGNED** on November 24, 2021.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE